# STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 NOV 14 A 11: 31

Court: US DISTRICT COURT

Case Name: DEBORAH AVMAND, et al. v. DHMC

Case Number: US DISTRICT COURT 06-CV-434

RSA 519-B SEALED file docket number

## STRUCTURING CONFERENCE ORDER
## HEARING SCHEDULE

1. Structuring conference held telephonically    ☒Yes    ☐No

2. The following deadlines will be in effect:
   a. Requests for discovery by any party:    9-1-08
   b. Completion of depositions:    9-1-08
   c. Disclosure of experts:
      Plaintiff    2-1-08
      Defendant    5-1-08
   d. Completion of expert depositions:
      Plaintiff    9-1-08
      Defendant    9-1-08
   e. Completion of all discovery:    9-1-08
   f. Exchange of witness lists:    8-1-08

**NOTE: WITNESS LISTS SHALL BE MAILED DIRECTLY TO THE PANEL MEMBERS BY THE PARTIES BY THE DEADLINE ABOVE FOR THE EXCHANGE OF WITNESS LISTS. PARTIES AND/OR PANEL MEMBERS SHOULD NOTIFY THE CHAIRPERSON IMMEDIATELY IF, BASED UPON THE WITNESS LISTS, A CONFLICT HAS BEEN IDENTIFIED.**

    g. Deadline for filing of motions: _____

    h. Filing of relevant medical and
        provider records:    9-1-08

**NOTE: ALL RELEVANT MEDICAL AND PROVIDER RECORDS SHALL BE MAILED DIRECTLY TO THE PANEL MEMBERS BY THE PARTIES AT LEAST 14 DAYS PRIOR TO THE PANEL HEARING.**

3. Estimated length of panel hearing:    1 day
4. Panel hearing dates: anytime during weeks of 9/8/08 or 9/22/08

Any change to the above schedule shall be approved by the panel chairperson prior to the deadline.

                                        BY ORDER OF THE COURT

11-7-07                            R. C.
Date                            Panel Chairperson  Morrill

Plaintiff Counsel: GARY RICHARDSON, ESQ

Defendant Counsel: THOMAS V. LAPRADE, ESQ
                   RALPH SUOZZO, ESQ

1) ALL PARTIES ACKNOWLEDGE THE POSSIBILITY OF ANOTHER DEFENDANT(S) THAT MAY REQUIRE A FURTHER STRUCTURING CONFERENCE AND POSSIBLE RESCHEDULING.

2) CHARLENE, PLEASE CONTACT OTHER PANEL MEMBERS TO SELECT DATE (WEEKS OF 9/8/08 OR 9/22/08) AND ADVISE COUNSEL + PANEL MEMBERS

# THE STATE OF NEW HAMPSHIRE
## SUPERIOR COURT

ROBERT J. LYNN
CHIEF JUSTICE

HOLLY AQUIZAP
EXECUTIVE SECRETARY
TO THE CHIEF JUSTICE

D. JOAN BISHOP
COURT COORDINATOR

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 NOV 14  A 11: 31

SUPERIOR COURT CENTER
17 CHENELL DRIVE – STE. 1
CONCORD, N.H. 03301
TELEPHONE (603) 271-2030
TTY/TDD Access:
Relay NH 1-800-735-2964
www.courts.state.nh.us

November 13, 2007

Gary Richardson, Esq.
Heather Burns, Esq.
Upton & Hatfield, LLP
PO Box 1090
Concord, NH 03302-1090

Thomas V. Laprade, Esq.
Lambert Coffin
PO Box 15215
Portland, ME 04112-5215

In Re:  U.S. District Court 06-CV-434 – PB
        Deborah Aumand, et al.  v.  Dartmouth Hitchcock Medical Center

Dear Counsel:

Regarding the above Medical Malpractice Screening Panel Case, please be advised that Judge Morrill has entered the following Structuring Conference Order dated November 7, 2007.

(See Copy of Order Attached Hereto.)

It has been determined that the panel hearing in this matter will be scheduled for Thursday, September 11, 2008 at 9:00 A.M.   The United States District Court will be sending out formal notification to all parties.

Thank you for your attention.

Sincerely,

Charlene Desrochers

Enclosure
Copy to:  Hon. Robert E.K. Morrill
          Joseph Pepe, M.D. (Panel Member)
          Joseph Caulfield, Esq. (Panel Member)
          U.S. District Court