UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Deborah C. Aumand et al.</u>

    v.                    Civil No. 06-cv-434-JL

<u>Dartmouth Hitchcock</u>
<u>Medical Center</u>

**O R D E R**

The plaintiff's Motion to Amend (document no. 31) is GRANTED. The court apologizes for the delayed ruling, in that it reviewed the parties' filings weeks ago but inadvertently did not notify the Deputy Clerk of its ruling. The plaintiff has established "good cause" under Fed. R. Civ. P. 16(b)(4) and the <u>O'Connell</u> case, 357 F. 3d 152 (2004). The motion's timing and nature establish that it is not dilatory or made in bad faith, is not unduly delayed, does not involve repeated failures to cure deficiencies, creates no undue or substantial prejudice, and is not substantively or procedurally futile or frivolous.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:    June 5, 2008

cc:  Heather M. Burns, Esq.
     Gary B. Richardson, Esq.
     Thomas V. Laprade, Esq.