UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Deborah C. Aumand
and Francis Coffey</u>

    v.                      Civil No. 06-cv-434-JL

<u>Dartmouth Hitchcock
Medical Center</u>

**<u>VERDICT FORM</u>**

1. Do you find in favor of the plaintiffs on their claim of medical negligence?

                      ___Yes___
                      (Yes or No)

    (If your answer to question no. 1 is "Yes," proceed to question no. 2.  If your answer to question no. 1 is "No," conclude your deliberations.)

2. What amount of damages, if any, do you award to the estate of Katherine Coffey?

      ___Five Hundred Ninety-eight Thousand___
      (State the amount in words, not figures.
      Proceed to question no. 3)

3. What amount of damages, if any, do you award to Francis Coffey?

      ___Three Hundred Eighty-five Thousand___
      (State the amount in words, not figures.)

(This concludes your deliberations.)

_____5/14/09_____
Date