UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Deborah C. Aumand

      v.                                           Case No. Civil No. 06-cv-434-JL

Dartmouth Hitchcock Medical Center

## O R D E R

One of the parties has requested the transcription of the jury selection and trial in the above-captioned case. The jury selection transcript contains both juror names and side bar conferences with counsel regarding individual jurors selected for potential impanelment in the case. Having reviewed the transcripts, and consistent with the Judicial Conference Guidance approved in March 2009, the court finds that in balancing the right to public access with the jurors' right to privacy, the transcript will not be sealed. Jurors names, however, shall be redacted.

SO ORDERED.

Date: May 19, 2010

_____
Joseph N. Laplante
United States District Judge

cc:     Counsel of Record